**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dave Andrae TAYLOR, a/k/a Indian,
a/k/a Nicholas, a/k/a Spike,
Defendant–Appellant.**

**No. 14–6005.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 30, 2014.

Dave Andrae Taylor, Appellant Pro Se. Peter Sinclair Duffey, Gurney Wingate Grant, II, Katherine Lee Martin, Robert É. Trono, Assistant United States Attorneys, Michael Arlen Jagels, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order finding that it lacked jurisdiction over Taylor's motion to reconsider the denial of his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Taylor,* No. 3:99–cr–00145–REP–2 (E.D.Va. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*